*Judge Hellerstein*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA           :     INDICTMENT

                  -v.-                    :     10 Cr.

ANTHONY TOMLIN,

               Defendant.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X



10 CRIM 585

## COUNT ONE

The Grand Jury charges:

1.   On or about March 23, 2009, in the Southern District of New York, ANTHONY TOMLIN, the defendant, unlawfully, knowingly, willfully, and with intent to defraud did pass, utter, publish, and sell, and attempt to pass, utter, publish, and sell a falsely made, forged, counterfeited, and altered obligation and security of the United States, to wit, TOMLIN cashed a United States Treasury check that had been altered to his benefit.

(Title 18, United States Code, Section 472.)

## COUNT TWO

2.   On or about March 25, 2009, in the Southern District of New York, ANTHONY TOMLIN, the defendant, unlawfully, knowingly, willfully, and with intent to defraud did pass, utter, publish, and sell, and attempt to pass, utter, publish, and sell a falsely made, forged, counterfeited, and altered obligation and security of the United States, to wit, TOMLIN cashed a United

States Treasury check that had been altered to his benefit.

(Title 18, United States Code, Section 472.)

_____
FOREPERSON

_____
PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ANTHONY TOMLIN,

Defendant.

INDICTMENT

10 Cr.

(18 U.S.C. § 472.)

PREET BHARARA
United States Attorney.

A TRUE BILL

*[signature]*
Foreperson.

6-30-10
NB

Filed Indictment.
Case assigned to Judge Heller-
Stein for all purposes... this
SWJ